Edith Calvert, appellee, v. Block & Kuhl Company, appellant. Gen. No. 7,427.

Assumpsit for services rendered. Judgment for plaintiff. Appeal from the County Court of Peoria county; the Hon. Glen J. Cameron, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed March 27, 1925.

Hunter, Page & Kavanagh, for appellant. Herbert F. Brannon, for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

Cecelia Lang, appellant, v. August Lang, administrator of the estate of Ellen Lang, deceased, et al., appellees. Gen. No. 7,394.

Appeal from disallowance of claim against decedent's estate. Appeal dismissed. Appeal from the Circuit Court of Jo Daviess county; the Hon. Harry Edwards, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed March 27, 1925.

M. H. Cleary, for appellant. F. J. Campbell, for appellees; J. P. Frantzen, of counsel.

Mr. Justice Partlow delivered the opinion of the court.

---

Philip Vella, administrator of the estate of Frank Vella, deceased, appellant, v. Rockford Gas-Light & Coke Company, appellee. Gen. No. 7,407.

Action for wrongful death. Judgment for defendant. Appeal from the Circuit Court of Winnebago county; the Hon. E. D. Reynolds, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed March 27, 1925. Rehearing denied April 29, 1925. Certiorari denied by Supreme Court (making opinion final).

Roy F. Hall, for appellant. Lathrop, Lathrop & Brown, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

Henry O. Phillabaum, appellee, v. Lake Erie & Western Railroad Company, appellant. Gen. No. 7,268.

Action for personal injuries. Judgment for plaintiff. (See 315 Ill. 131, rev'g 232 Ill. App. 120.) Appeal from the Circuit Court of Peoria county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the October term, 1923. Reversed and remanded. Opinion filed April 8, 1925.

John B. Cockrum, J. G. McKay and Miller, Elliott & Westervelt, for appellant. Henry R. Rathbone and Heyl & Heyl, for appellee.

Mr. Justice Jett delivered the opinion of the court.